Filed 10/22/25  Fyeldees v. Allied Pacific IPA CA2/8

# NOT TO BE PUBLISHED IN THE OFFICIAL REPORTS

California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.

## IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

## SECOND APPELLATE DISTRICT

## DIVISION EIGHT

| | |
|---|---|
| TAICHANDRA FYELDEES, | B337644 |
| Plaintiff and Appellant, | Los Angeles County Super. Ct. No. 22STCV18790 |
| v. | |
| ALLIED PACIFIC IPA, | |
| Defendant and Respondent. | |

APPEAL from a judgment of the Superior Court of Los Angeles County, Holly J. Fujie, Judge.  Affirmed.

Taichandra Fyeldees, in pro. per., for Plaintiff and Appellant.

W&D Law and Anthony D. Platt for Defendant and Respondent.

————————————

The trial court granted summary judgment against Taichandra Fyeldees.  We affirm because Fyeldees did not brief any appellate issue adequately.

We presume trial courts reach the right result and therefore require appellants to demonstrate error.  (*Jameson v. Desta* (2018) 5 Cal.5th 594, 608–609.)  To do so, appellants must support their contentions with cogent argument, legal authority and analysis, and adequate record citations or risk forfeiture. (*United Grand Corp. v. Malibu Hillbillies, LLC* (2019) 36 Cal.App.5th 142, 146, 153, 156, 160–162 (*United Grand*); Cal. Rules of Court, rule 8.204(a)(1)(B) & (C).)

Fyeldees has not discharged these duties.

Fyeldees's appellate brief signals she did not respond to the defense summary judgment motion, but it does not address the substance of the motion.  Nor does it provide legal authorities or record citations.

Fyeldees has forfeited her claims on appeal through her deficient briefing.  (See *United Grand*, *supra*, 36 Cal.App.5th at pp. 156, 160–162; *Nielsen v. Gibson* (2009) 178 Cal.App.4th 318, 324 ["[A]n appellant must not only present an analysis of the facts and legal authority on each point made, but must also support arguments with appropriate citations to the material facts in the record.  If [the appellant] fails to do so, the argument is forfeited"].)

We do not disregard appellate rules where appellants represent themselves.  (*Burnete v. La Casa Dana Apartments* (2007) 148 Cal.App.4th 1262, 1267 & 1270.)

## DISPOSITION

We affirm the judgment and, in the interests of justice, decline to award costs.

WILEY, Acting P. J.

We concur:

VIRAMONTES, J.

RUBIN, J.*

---

* Retired Presiding Justice of the Court of Appeal, Second Appellate District, assigned by the Chief Justice pursuant to article VI, section 6 of the California Constitution.